IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GARTH ROGERS,**

    Plaintiff,

v.                                                                          No. 14-cv-1007 SMV/LAM

**JEH JOHNSON,**
Sec'y of U.S. Dept. of Homeland Sec.,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed his Complaint against Defendant on November 6, 2014. [Doc. 1] at 1. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had 120 days from filing the Complaint—or until March 6, 2015—within which to effect service of process. There is no indication on the record that service of process has been effected with respect to the Defendant.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why his claims against Defendant should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). Plaintiff shall file his response within **21 days** of entry of this Order.

**IT IS SO ORDERED.**

                                                                   **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**