IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GARTH ROGERS,

    Plaintiff,

v.                                                                   No. CIV-14-1007 BRB/LAM

JEH JOHNSON, SECRETARY,
U.S. DEPARTMENT OF
HOMELAND SECURITY,

    Defendant.

## SECOND ORDER RESETTING
## TELEPHONIC CASE MANAGEMENT STATUS CONFERENCE

| | |
|---|---|
| MATTER(S) TO BE HEARD: | Case Management Status Conference |
| DATE AND TIME OF HEARING: | Wednesday, November 18, 2015 at 2:15 p.m. (Trailing Docket – 15 minutes) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor, 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

    **The parties shall call into the Court's "meet-me" line at 505-348-2694.** It is recommended that a reliable long-distance carrier be used to ensure sound quality. This line can only accommodate up to six telephone lines, including the Court's. If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

    IT IS SO ORDERED.

                                                    */s/ Lourdes A. Martínez*
                                                   **LOURDES A. MARTÍNEZ**
                                                   **UNITED STATES MAGISTRATE JUDGE**