IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GARTH ROGERS,**

    **Plaintiff,**

**v.**                                                     No. CIV-14-1007 BRB/LAM

**JEH JOHNSON, Secretary for**
**Department of Homeland Security**

    **Defendant.**

## ORDER TO FILE CLOSING DOCUMENTS
## AS A RESULT OF SETTLEMENT

A settlement conference was held in this case on December 10, 2015, and the case settled.

**WHEREFORE, IT IS HEREBY ORDERED THAT** closing documents must be filed no later than **Monday, January 11, 2016,** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**